UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMANPREET SINGH, | No. 1:25-cv-01821-DAD-SCR |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| SERGIO ALBARRAN, et al., | |
| Respondents. | (Doc. No. 14) |

Petitioner Harmanpreet Singh is a former federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 16, 2025, the undersigned granted petitioner's motion for a temporary restraining order requiring his immediate release from immigration custody.  (Doc. No. 8.) Thereafter, this case was referred to the assigned magistrate judge for further proceedings.  (Doc. No. 13.)  On July 23, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 14.)  Specifically, the magistrate judge found that due process required petitioner be provided with a pre-detention hearing prior to any re-detention.  (*Id.*)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto

1

were to be filed within seven (7) days after service.  (*Id.*)  On July 28, 2026, respondents filed their objections which are comprised of a single sentence stating that they oppose for the reasons set forth in their prior briefing.  (Doc. No. 15.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including respondents' objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons explained above,

1.    The findings and recommendations issued on July 23, 2026 (Doc. No. 14) are ADOPTED IN FULL;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

a.    Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner written notice and a pre-detention hearing before a neutral adjudicator; and

3.    The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:    **August 11, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2